UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

Charlotte Smith,  Case No. 07-57933
 Chapter 7
 Debtor.  Hon. Phillip J. Shefferly
_____/

**ORDER DISMISSING CASE AND IMPOSING
PERMANENT BAR ON ANY FURTHER BANKRUPTCY FILINGS**

On September 14, 2007, the Court entered an order requiring the Debtor to appear and show cause why this case should not be dismissed and the Debtor barred from further bankruptcy filings. The order detailed five separate bankruptcy cases filed by the Debtor. Four of those cases were filed within the last 15 months. None of those four cases were properly prosecuted. The order identified deficiencies with respect to each of these cases. Because of those facts, the Court determined to require the Debtor to appear and show cause on October 1, 2007 at 2:00 p.m. why this case should not be dismissed and the Debtor barred from any further bankruptcy filings. The Debtor failed to appear at the hearing.

After reviewing the five bankruptcy cases identified in this Court's September 14, 2007 order to show cause and, in particular, the four most recent cases filed within the past 15 months, the Court finds that the Debtor has engaged in a pattern of willful failure to abide by orders of the Court, the provisions of the Bankruptcy Code and the Bankruptcy Rules. After noting the numerous deficiencies in these cases including in this case the Debtor's failure to pay the filing fee, failure to file a matrix, failure to properly complete the bankruptcy petition cover sheet and failure to attend the show cause hearing or provide any explanation for her failure to attend the hearing, the Court

concludes that this case should be dismissed and that the Debtor must be permanently barred from filing any further bankruptcy cases without permission of this Court. Accordingly, pursuant to this Court's powers under § 105(a), § 109(g)(1) and § 349(a), see Dietrich v. Nob-Hill Stadium Properties, No. 05-2255, 2007 WL 579547 at *5 (6th Cir. Feb. 15, 2007); In re Stump, 280 B.R. 208, 215 n.3 (Bankr. S.D. Ohio 2002) (collecting cases),

    IT IS HEREBY ORDERED that this Chapter 7 case is dismissed.

    IT IS FURTHER ORDERED that the Debtor, Charlotte Smith, is permanently barred from ever filing any bankruptcy petition without first having obtained the prior order of this Court expressly permitting her to file such petition.

**Signed on October 04, 2007**

                                            **/s/ Phillip J. Shefferly**
                                            **Phillip J. Shefferly**
                                            **United States Bankruptcy Judge**